UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | | |
|---|---|---|
| PAUL TREVOR CORNELIUS, | ) | Case No. CV 17-08990-AS |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| NANCY A. BERRYHILL,<br>Acting Commissioner of the<br>Social Security Administration, | )<br>)<br>) | |
| Defendant. | ) | |

IT IS ADJUDGED that this action is DISMISSED with prejudice.

Dated: November 29, 2018

                                            /s/
                                   ALKA SAGAR
                     UNITED STATES MAGISTRATE JUDGE